**THE TORKZADEH LAW FIRM**
Reza Torkzadeh (SBN: 249550)
Reza@torklaw.com
Eugenia L. Steele (SBN: 149207)
Eugenia@torklaw.com
Jeffery C. Crissman (SBN: 312485)
Jeff@torklaw.com
18650 MacArthur Blvd #300
Irvine, CA 92612
Tel: 310.935.1111 / Fax: 310.935.0100

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARK LINDNER,

    Plaintiff,

vs.

HOME DEPOT U.S.A, INC.; TRICAM INDUSTRIES, INC.; LYNN PEREZ; AND DOES 1-50

    Defendant(s).

Case No.: 8:20-cv-02030 JLS(KESx)

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

(Assigned to the Honorable Josephine L. Staton)

    Plaintiff Mark Lindner, Home Depot U.S.A., Inc., and Tricam Industries, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

///

///

///

DATED: May 19, 2022

MCVEY & PARSKY, LLC

By: _____
STEVEN M. KLACZYNSKI
Attorney for Defendants

DATED: May 19, 2022

TORKLAW

By: _____
JEFF CRISSMAN
Attorney for Plaintiff

2

# CERTIFICATE OF SERVICE

<u>*Mark Lindner v. Home Depot U.S.A., Inc., et al.*</u>
USDC – Central District (Southern Division-Santa Ana)
Case No.: 8:20-CV-02030 JLS (KESx)
(Removal from Orange County Superior Court, Case No.: 30-2020-01160283-CU-PL-CJC)

I hereby certify that on May 23, 2022, I electronically served the foregoing **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** as follows:

| | |
|---|---|
| Laurence C. Osborn, Esq.<br>Phillip A. Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 West 5th Street<br>Suite 550<br>Los Angeles, California 90071 | Counsel for Defendants Tricam Industries, Inc. and Home Depot U.S.A., Inc.<br><br>Telephone: (213) 241-0900<br><br>losborn@bknlawyers.com<br>pbaker@bknlawyers.com |

**XXX (Email)**    by transmitting via e-mail the documents listed above to the person(s) at the e-mail address(es) set forth above.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Jeffery C. Crissman, Esq.